UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62295-CIV-SMITH

VICTORIA PASSARELLO,

    Plaintiff,

v.

LELAND DUDEK,
*Acting Commissioner of Social Security*,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 38] of the Honorable Alicia O. Valle, U.S. Magistrate Judge, on Plaintiff's Motion for Summary Judgment [DE 26] and Defendant's Motion for Summary Judgment [DE 28]. In her thorough and well-reasoned Report, Judge Valle recommends that: the Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and the Administrative Law Judge's Decision be affirmed. Plaintiff filed objections to the Report [DE 40], essentially repeating her initial arguments to the Magistrate Judge. Defendant filed a response to the objections [DE 30].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having considered Judge Valle's Report, Plaintiff's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Valle's well-reasoned analysis and her recommendations.  Accordingly, it is

**ORDERED** that:

1) The Report and Recommendation [DE 38] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendant Leland Dudek, Acting Commissioner of the Social Security Administration's Motion for Summary Judgment [DE 28] be **GRANTED**.

3) Plaintiff Victoria Passarello's Motion for Summary Judgment [DE 26] be **DENIED**.

4) The Commissioner of the Social Security Administration's decision is **AFFIRMED**.

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of April, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record